UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

In re JOHN WILLIAM LINNIHAN,

    Plaintiff

No. C 13-5082 NJV (PR)

**ORDER OF DISMISSAL**

---/

This case was opened when plaintiff wrote a letter to the court regarding prison conditions. In an effort to protect his rights, the court opened a new case. The court informed Plaintiff that he had not filed a complaint and gave Plaintiff twenty-eight days to do so. The court also sent Plaintiff a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. The court provided a copy of the court's form for applications to proceed IFP with the notice, along with a return envelope.

No response has been received. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 24, 2013.

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IN RE JOHN WILLIAM LINNIHAN, | No. 1:13-CV-5082 NJV |
| Plaintiff. | |
| | CERTIFICATE OF SERVICE |
| _____/ | |

I, the undersigned, hereby certify that on January 24, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

John William Linnihan
K81248
High Desert State Prison
B-1-109
P.O. Box 3030
Susanville, CA 96127

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2